# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**PROBATION OFFICE**

777 Sonoma Avenue, Suite 323
Santa Rosa, CA 95404-4731
TEL: (707) 575-3416
FAX: (415) 581-7440

**YADOR J. HARRELL, CHIEF U.S. PROBATION OFFICER**

| | | |
|---|---|---|
| **SUSAN PORTILLO** | | **NOEL BELTON** |
| *DEPUTY CHIEF U.S. PROBATION OFFICER* | | *ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* |
| **JAMES SCHLOETTER** | | **VERONICA RAMIREZ** |
| *ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* | | *ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* |



April 18, 2016

The Honorable Maria-Elena James
United States Magistrate Judge

                RE: TURNER, Thomas Anthony
                Docket Number: CR14-00322-001 MEJ
                <u>Request to Notify Employer of Third Party Risk</u>

Your Honor:

On February 5, 2015, Your Honor sentenced Thomas Anthony Turner to four years probation supervision for a violation of 36 § C.F.R 1004.23(a)(2)-Operating a Motor Vehicle with a Blood Alcohol of .08 or Greater, a Class B misdemeanor. The Court imposed the following special conditions of probation: special assessment $10; fine $1,500; complete second offender DUI program; complete alcohol assessment and treatment at direction of probation officer; no alcohol; proof of financial responsibility to California Department of Motor Vehicles; suspended driving privileges for 180 days; and the Court waived the United States Probation requirement to notify the employer of any third party risk until further notice. This final condition was agreed upon with the understanding that the offender would abstain from all alcohol consumption during the term of probation.

On April 16, 2016, the offender was arrested for public intoxication and possession of a controlled substance (cocaine). United States Probation is preparing a summons request to the Court for an initial appearance on April 27, 2016. However, pending the outcome of the violations of probation, United States Probation is requesting to be allowed to notify the offender's employer of the alcohol and substance abuse issues. Thomas Turner is currently employed as a Captain with the Golden Gate Ferry and Transit Authority. Mr. Turner is responsible to drive a ferry from Marin to San Francisco several times a day. United States Probation believes that there is a significant third party risk issue for thousands of commuters on a daily basis.

It is respectfully requested that the Court allow United States Probation to speak with Mr. Turner's immediate supervisor or manager to let them know of the alcohol related concerns to ensure that they can make the appropriate decisions regarding public safety.

Respectfully Submitted,　　　　　　　　　　　　Approved,

*Cristopher Taylor* (signature)　　　　　　　　*Robert Tenney* (signature)

Cristopher Taylor　　　　　　　　　　　　　　Robert Tenney
United States Probation Officer　　　　　　　　Supervisory U. S. Probation Officer

The Court makes the following order:

| | |
|---|---|
| ☑ | Approves the United States Probation request to notify employer |
| ☐ | Denies the United States Probation request to notify employer |
| ☐ | Notification of the employer is delayed pending the hearing on April 27, 2016. |
| ☐ | Other: |

_____April 18, 2016_____　　　_____
Date　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge