# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )   Docket Number:
)   0971 3:14CR00322-001 MEJ
THOMAS TURNER )
)

**ORDER TO MODIFY THE CONDITIONS OF PROBATION SUPERVISION**

The Court, having accepted the admission of Mr. Thomas Turner to Charge One of the Summons of Offender Under Supervision filed with the Court on April 19, 2016, orders the following:

1- The offender shall wear an approved alcohol testing device (SCRAM) for twelve months at the direction of the probation officer. The offender will be responsible for the full cost of the device.

2- There will be a status hearing on October 21, 2016, at 10:00a.m. At that hearing, the Court will review the need for ongoing alcohol testing (SCRAM) services.

3- On the motion of the United States Attorney, Charges Two and Three of the Petition for Summons for Offender Under Supervision are dismissed.

Date: April 28, 2016

Maria-Elena James
United States Magistrate Judge