# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

YADOR J. HARRELL, CHIEF U.S. PROBATION OFFICER

SUSAN PORTILLO
*DEPUTY CHIEF U.S. PROBATION OFFICER*

JAMES SCHLOETTER
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

NOEL BELTON
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

VERONICA RAMIREZ
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

July 18, 2016

**FILED**
JUL 18 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Maria-Elena James
United States Magistrate Judge
San Francisco Venue

RE: TURNER, Thomas Anthony
Docket Number: CR14-00322-001 MEJ
Request to Notify Employer of Third Party Risk

Your Honor:

On February 5, 2015, Your Honor sentenced Thomas Anthony Turner to four years probation supervision for a violation of 36 § C.F.R 1004.23(a)(2)-Operating a Motor Vehicle with a Blood Alcohol of .08 or Greater, a Class B misdemeanor. The Court imposed the following special conditions of probation: special assessment $10; fine $1,500; complete second offender DUI program; complete alcohol assessment and treatment at direction of probation officer; no alcohol; proof of financial responsibility to California Department of Motor Vehicles; suspended driving privileges for 180 days; and the Court waived the United States Probation requirement to notify the employer of any third party risk until further notice. This final condition was agreed upon with the understanding that the offender would abstain from all alcohol consumption during the term of probation.

On April 16, 2016, the offender was arrested for public intoxication and possession of a controlled substance (cocaine). On April 28, 2016, all parties appeared before the Court and the conditions of probation were modified to include six months on a SCRAM (Alcohol Detection Device) and increased alcohol treatment.

As a result of the alcohol and cocaine related issues, the Golden Gate Ferry Transit Authority has terminated Mr. Turner's employment. However, on July 18, 2016, Mr. Turner reported to me that he is now driving a commuter ferry for Blue and Gold Fleet. Because the prior employment and current employment are identical, it is respectfully requested that the Court allow United States Probation to speak with Mr. Turner's immediate supervisor or manager to let them know of the alcohol related concerns to ensure that they can make the appropriate decisions regarding public safety.

TURNER, Thomas Anthony
Docket Number: CR14-00322-001 MEJ

The Court previously approved a similar request to speak with the manager at the Golden Gate Ferry Authority.

Respectfully Submitted,

*(signed)*
Cristopher Taylor
United States Probation Officer

Approved,

*(signed) for R.T.*
Robert Tenney
Supervisory U. S. Probation Officer

The Court makes the following order:

| | |
|---|---|
| ☒ | Approves the United States Probation request to notify employer |
| ☐ | Denies the United States Probation request to notify employer |

☐ Other:

July 19, 2016
Date

*(signed)*
Maria-Elena James
United States Magistrate Judge